UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYHAN MOHANNA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>　　　　Defendant. | Case No. 21-cv-04530-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. No. 5 |

Plaintiff Keyhan Mohanna, who is proceeding without counsel, filed this wrongful foreclosure action against Defendant Deutsche Bank National Trust. Defendant filed a motion to dismiss on July 14, 2021, and under Civil Local Rule 7-3(a), Plaintiff's opposition was due July 28, 2021. (Dkt. No. 5.) However, Plaintiff has not filed an opposition to the motion to dismiss. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order along with his opposition or statement of non-opposition to Defendant's motion to dismiss by August 19, 2021. If Plaintiff fails to respond to this Order, this action may be dismissed for failure to prosecute.

In light of this Order, the August 26, 2021 hearing date on Defendant's motion to dismiss is VACATED. The Court will reset the hearing date, if necessary, upon receipt of Plaintiff's response to this Order and the motion to dismiss.

As Plaintiff is proceeding without representation by an attorney, the Court directs his attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796,

Telephone No. (415)-782-8982, for free assistance regarding his claims.

**IT IS SO ORDERED.**

Dated: August 5, 2021

																										_____
																										JACQUELINE SCOTT CORLEY
																										United States Magistrate Judge